FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR 13  P 3: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

SOUTHEASTERN ALUMINUM PRODUCTS,
INC., a Florida corporation,

    Plaintiff,

v.                               Case No. 3:05-cv-422-J-20-MMH

C.R. LAURENCE CO., INC.,
a California corporation,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Notice of Settlement (Doc. No. 18, filed on March 9, 2006). Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** unless within <u>thirty (30) days</u> the parties move to reopen the action and provided good cause is shown. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 13 day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Gregory F. Lunny, Esq.
Mitchell P. Brook, Esq.
Steven J. Miller, Esq.